STATE OF NEW JERSEY v. CHARLES DAVIS, JR., *ET AL.*

October 5, 1971. Petition for Certification denied.

STATE OF NEW JERSEY v. FLOYD DENBY.

October 5, 1971. Petition for Certification denied.

STATE OF NEW JERSEY v. GEORGE LEO NELSON, JR.

October 5, 1971. Petition for Certification denied.

STATE OF NEW JERSEY v. THOMAS A. LAIR.

October 5, 1971. Petition and Cross-petition for Certification are granted.

BERNARD S. CHAMBERS v. STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, *ETC.*

October 5, 1971. Petition for Certification denied.

STATE OF NEW JERSEY v. STEPHEN WILLIAM MINOR.

October 5, 1971. Petition for Certification denied.